No. 525. GREAT WESTERN POWER Co. *v.* COMMISSIONER OF INTERNAL REVENUE. November 18, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Thomas R. Dempsey* and *A. Calder Mackay* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *A. F. Prescott* for respondent.

No. 546. UNITED STATES SHIPPING BOARD MERCHANT FLEET CORP. ET AL. *v.* RHODES; and

No. 547. O'CONNOR, COMPTROLLER OF THE CURRENCY, ET AL. *v.* SAME. November 25, 1935. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia granted, limited to the question of the right of respondent, to bring this suit without prior demand upon, and refusal by, the Comptroller of the Currency or the receiver, or both. *Solicitor General Reed* and *Messrs. George P. Barse, Swagar Sherley, Frederick DeC. Faust,* and *Charles F. Wilson* for petitioners. *Messrs. Charles A. Douglas, Hugh H. Obear,* and *R. L. Merrick* for respondent.